UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

MILAGROS SENIOR, ON BEHALF OF : ECF CASE
HERSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
 :
    Plaintiffs, : No.: 1:25-cv-5431
 :
   v. :
 :
SMEG USA, INC., :
 :
    Defendant. :
 :
 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## NOTICE OF SETTLEMENT

To The Honorable Court:

   The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
   Sept. 16, 2025     Respectfully Submitted,

          **GOTTLIEB & ASSOCIATES PLLC**
          /s/ Michael A. LaBollita
          Michael A. LaBollita, Esq.

          Michael A. LaBollita (ML-9985)
          Jeffrey M. Gottlieb (JG-7905)
          Dana L. Gottlieb (DG-6151)
          GOTTLIEB & ASSOCIATES PLLC
          150 East 18th Street, Suite PHR
          New York, New York 10003
          Tel: 212.228.9795
          Fax: 212.982.6284
          Jeffrey@Gottlieb.legal
          Dana@Gottlieb.legal
          Michael@Gottlieb.legal
          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge